*Tuesday, November 28, 1995*

## MOTION DOCKET

**95–2295.** In re Petition for 257 Acres of Land. *Portage County,* No. 94–P–0136. This cause is pending before the court as a discretionary appeal. On November 21, 1995, appellants filed a reply memo to motion to stay. There being no provision in the Supreme Court Rules of Practice permitting the filing of reply memoranda,

IT IS ORDERED by the court, *sua sponte,* effective November 22, 1995, that appellants' reply memo to motion to stay be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**95–1867.** Visicon, Inc. v. Tracy. Board of Tax Appeals, No. 94–K–730. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due November 21, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective November 24, 1995.

**95–1956.** Hobler v. Motorists Mut. Ins. Co. *Auglaize County,* No. 2–95–10. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective November 22, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–1983.** Architectural Products Sales Co. v. Scaravelli. *Cuyahoga County,* No. 68191. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective November 22, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–2335.** Norris v. Parrott. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that the writ of prohibition be, and hereby is, denied, effective November 22, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.